**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 4:24-CR-00169 |
| ) | |
| NITYA SATTARU et al., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW Defendant, Nitya Sattaru, by and through Counsel, Charles H. Billings of Bruntrager & Billings, P.C., and hereby moves this Court to extend the deadline by which to file pretrial motions to October 30, 2024. In support of this motion, Defendant states as follows:

1. The Co-Defendants in this matter have been granted an extension of up to and including October 30, 2024 by which to file pretrial motions.

2. AUSA Collins has no objection.

3. Co-Defendants Nikhil Penmatsa has received permission of this Court to file pre-trial motions up to October 30, 2024.

4. This request is not for the purpose of undue delay but is in the interest of justice.

WHEREFORE, Defendant respectfully requests this Honorable Court extend the deadline in which to file pretrial motions to October 30, 2024, and for such other and further relief as this Court deems just in the premises.

        Respectfully submitted

        BRUNTRAGER & BILLINGS, P.C.

        /s/ Charles H. Billings
        Charles H. Billings, #26789
        225 S. Meramec Ave., Suite 1200
        Clayton, MO 63105
        (314) 646-0066-Telephone
        (314) 646-0065-facsimile
        chb@law-stl.com

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2024, the foregoing **Motion for Extension of Time to File Pretrial Motions** was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

        /s/ Charles H. Billings