UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 4:24-cr-00169 JAR/JSD |
| VENKATESH SATTARU, ) | |
| NIKHIL PENMATSA, ) | |
| SRAVAN PENUMETCHA, ) | |
| NITYA SATTARU, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S FIRST REQUEST FOR ADDITIONAL TIME TO FILE A RESPONSE TO DEFENDANTS' MOTIONS TO SUPRRESS**

COMES NOW the United States of America, by and through its attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and states as follows:

1. Defendant Nikhil Penmatsa and Defendant Nitya Sattaru filed Pretrial Motions on December 2, 2024.

2. Since the filing of these Motions, the undersigned has been delayed in preparing a response due to filing a response brief in United States v. Johnnie Lewis, 4:23-CR-00366 MTS (App. No. 24-2677) in addition to holiday vacation time off.

3. As such, the Government request an additional seven days from today to file its response.

WHEREFORE, the Government requests until January 17, 2025 to file its Response to Defendants' Pretrial Motions.

Respectfully submitted,

SAYLER FLEMING

United States Attorney

*/s/   Dianna R. Collins*

DIANNA R. COLLINS, 59641Mo

Assistant United States Attorney

111 S. Tenth Street, 20th Floor

St. Louis, Missouri 63102

(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record and the defendant.

*/s/    Dianna R. Collins*

Dianna R. Collins, #56961MO

Assistant United States Attorney